IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-808-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER SEALING CASE** |
| $371,853.40 IN U. S. CURRENCY, | ) |
| And | ) |
| A 2010 MERCEDES BENZ C300, VIN: WDDGF5EB9AF428139, | ) |
| Defendants. | ) |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that this case be sealed until further order of this Court. However, with the exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimants upon request.

SO ORDERED.

This  25TH  day of November, 2013.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge