IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-808-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(UNDER SEAL)** |
| $371,853.40 IN U. S. CURRENCY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A 2010 MERCEDES BENZ C300, | ) | |
| VIN: WDDGF5EB9AF428139, | ) | |
| | ) | |
| Defendants. | ) | |

On joint motion of the Government and Claimant, and for good cause shown, it is hereby

ORDERED that this case shall be stayed for a period of 120 days from the date of this Order. Upon the expiration of this Order, the Claimant shall have 10 days to file a claim, and 21 days thereafter to file an answer, in accordance with Supplemental Rule G(5).

SO ORDERED this 22nd day of April, 2014.

LOUISE W. FLANAGAN
United States District Judge

1