IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-808-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>       Plaintiff,    )<br>            )<br>   v.         )<br>            )<br>$371,853.40 IN U. S. CURRENCY, )<br>            )<br>and          )<br>            )<br>A 2010 MERCEDES BENZ C300,   )<br>VIN: WDDGF5EB9AF428139,    )<br>            )<br>       Defendants.   ) | **ORDER**<br>**(UNDER SEAL)** |

Upon Motion of Claimant Justin Brent Freeman, and the Government consenting to the relief requested, and this Court finding good cause granting the relief requested:

It is therefore ordered that this case shall be stayed for a period of 120 days from the date of this Order. Upon the expiration of this Order, the Claimant shall have 10 days to file a claim, and 21 days thereafter to file an answer, in accordance with Supplemental Rule G (5).

SO ORDERED this <u>13th</u> day of August, 2014.

_____
Louise W. Flanagan
United States District Judge