IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-808-FL

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) | **(UNDER SEAL)** |
| $371,853.40 IN U. S. CURRENCY, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| A 2010 MERCEDES BENZ C300, | ) |  |
| VIN: WDDGF5EB9AF428139, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Upon Motion of Claimant Justin Brent Freeman, and the Government consenting to the relief requested, and this Court finding good cause granting the relief requested:

It is therefore ordered that this case shall be stayed for a period of 60 days from the date of this Order. Upon the expiration of this Order, the Claimant shall have 10 days to file a claim, and 21 days thereafter to file an answer, in accordance with Supplemental Rule G (5).

SO ORDERED this 15th day of December, 2014.

_____
Louise W. Flanagan
United States District Judge