IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-808-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$371,853.40 IN U.S. CURRENCY, )<br>)<br>And )<br>)<br>A 2010 MERCEDES BENZ C300, )<br>VIN: WDDGF5EB9AF428139, )<br>)<br>Defendants. ) | **ORDER UNSEALING CIVIL FORFEITURE CASE** |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the instant civil forfeiture case be unsealed.

SO ORDERED. This <u>13th</u> day of August, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge